United States District Court
Southern District of Texas
**ENTERED**
September 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD RIDEOUT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-2053 |
| | § | |
| EXXON MOBIL CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed.

SIGNED on September 24, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge